Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
ENTREPRENEUR LAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800 office
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
PETERSEN-DEAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Petersen-Dean, Inc.**, a California corporation,<br><br>　　　　　　Plaintiff;<br><br>　v.<br><br>**SolarWorld Americas, Inc.**, an Oregon corporation, **SolarWorld Americas LLC**, a California limited liability company, **SolarWorld Industries America LP**, a Delaware corporation, and **SolarWorld Industries Services LLC**, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-07326-WHO<br><br>**STIPULATION AND ORDER TO ENLARGE TIME RE: ECF NOS. 5, 23, AND 30**<br><br>N.D. Cal. Civ. L.R. 6-1(a) |

Plaintiff Petersen-Dean, Inc. ("PDI") and Defendants SolarWorld Americas, Inc. ("SWA"), SolarWorld Americas LLC ("SWA LLC"), SolarWorld Industries America LP ("SWP"), and SolarWorld Industries Services LLC ("SWIS") (collectively "Defendants"), stipulate and respectfully request as follows:

### RECITALS

1. PDI wishes to accommodate a scheduling request for opposing counsel in a separately pending case, No. 15-05522-NC.

2. In order to do so, counsel in this matter have agreed, subject to the Court's approval, to extend the hearing dates in this matter regarding ECF Nos. 5, 23, and 30, currently set for February 21, 2018 at 2:00 p.m. to February 28, 2018 at 2:00 p.m.

3. As requested by Defendants' counsel, PDI has confirmed that February 28, 2018 at 2:00 p.m. is available for those hearing dates.

4. This is the first request to enlarge time in this case.

5. The change will not alter the date of any event or any deadline already fixed by Court order.

### STIPULATION

Accordingly, PDI and Defendants stipulate and respectfully request that the Court enlarge time on the following hearings set for February 21, 2018 at 2:00 p.m. to February 28, 2018 at 2:00 p.m. in San Francisco:

| Hearing to be Rescheduled | Current Date | Requested Date |
|---|---|---|
| Defendants' Motion to Compel Arbitration or Dismiss Proceedings (ECF No. 5) | February 21, 2018 at 2:00 p.m. | February 28, 2018 at 2:00 p.m. |
| Plaintiff's Motion to Remand to State Court & Evidentiary Objections (ECF No. 23) | February 21, 2018 at 2:00 p.m. | February 28, 2018 at 2:00 p.m. |
| Plaintiff's Administrative Motion to Seal re: Motion to Remand (ECF No. | February 21, 2018 at 2:00 p.m. | February 28, 2018 at 2:00 p.m. |

Entrepreneur Law Group LLP
www.computerlaw.com℠

| 1 | 30) | | |

| | | | |
|---|---|---|---|
| | Dated: February 8, 2018 | | Stipulated and respectfully submitted,<br>ENTREPRENEUR LAW GROUP LLP |
| | | By: | ____/s/ Lucy Goodnough____<br>Jack Russo<br>Christopher Sargent<br>Lucy Goodnough |
| | | | Attorneys for Plaintiff<br>PETERSEN-DEAN, INC. |
| | Dated: February 8, 2018 | | Stipulated and respectfully submitted,<br>STOEL RIVES LLP |
| | | By: | ____/s/ Carissa M. Beecham____<br>Carissa M. Beecham |
| | | | Attorneys for Defendants<br>SOLARWORLD AMERICAS, INC.,<br>SOLARWORLD AMERICAS, LLC,<br>SOLARWORLD INDUSTRIES AMERICA LP,<br>AND SOLARWORLD INDUSTRIES SERVICES LLC |
| | Dated: February 8, 2018 | | Stipulated and respectfully submitted,<br>SAUL EWING ARNSTEIN & LEHR LLP |
| | | By: | ____/s/ Eugene J. Geekie, Jr.____<br>Eugene J. Geekie, Jr., *pro hac vice* |
| | | | Attorneys for Defendants<br><br>SOLARWORLD AMERICAS, INC.,<br>SOLARWORLD AMERICAS, LLC,<br>SOLARWORLD INDUSTRIES AMERICA LP,<br>AND SOLARWORLD INDUSTRIES SERVICES LLC |

## **ORDER**

For good cause shown, the Stipulation set forth above is GRANTED.

Dated: February 8, 2018

_____
Hon. William H. Orrick
Judge of the United States District Court

95839327.1 0039698-00030     2     Case No. 3:17-cv-07326-WHO