UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETERSEN-DEAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOLARWORLD AMERICAS, INC., et al., <br><br> Defendants. | Case No. 3:17-cv-07326-WHO <br><br> **ORDER ADMINISTRATIVELY CLOSING CASE** <br><br> Re: Dkt. No. 44 |

On March 5, 2018, I denied Petersen-Dean, Inc.'s motion to remand, and granted defendants' motion to compel arbitration. Order (Dkt. No. 44).[1] In accordance with that Order, this case shall be administratively closed, but the court will retain jurisdiction to confirm the final arbitration award as necessary. If it becomes necessary for any party to reopen the case, it may do so by filing a motion to reopen.

**IT IS SO ORDERED.**

Dated: March 13, 2018

William H. Orrick
United States District Judge

---

[1] As ordered, defendants have since submitted a declaration in support of their reply evidence, and plaintiff's objection to that evidence is OVERRULED. Geekie Decl. ISO Reply (Dkt. No. 45); *see* Order at 4 n.5.